COURT OF CRIMINAL APPEALS
CLERK: Abel Acosta
P.O. Box 12308
Austin TX. 78711-2308

Date: 2-3-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk
FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

Re: Take Notice of Cause NO: 02-08-00340-CR

Dear. Abel Acosta,

My name is Guy B. Munsch II TDC# 1762002, Case#

I'm in need of this court to take Notice of Ineffective Assistance of counsel by Appeal attorney Mr. Richard Hattox.

On 1-26-15 I was in reseat of a Critified Letter from Mr. Hattox.

5 months after case had been Affirmed on 8-21-14. Mr. Hattox wrote and told the 2nd court of Appeals. He was sending Notice to me acordin to TX. R.APP. P. 48.4. by sending Copys of the 2nd court of Appeals Mandate to me, by Certified mail-# 7014 1200 0002 2330 5026. This Rule Also states said Attorney is to Advise myself of Right to File P.D.R. under Rule 68. Mr Hattox has Not done this to date! If this Clerk Looks in the Record on 8-4-14 I wrote Pro-se Letter Received on 8-19-14 toware toware 2nd court of Appeal Clerk told me case had been Affirmed on 8-21-14. In Receiving that letter on 8-25-14. I wrote a Notice of PDR. And sent it to the wrong court. had I been told rightly under Rule TX.R.APP.P. 48.4 This would not of happen. All of this should be in the file. I ask this court to take Notice of this. If I Need it Later It's in the file.

Thank You.   G. B. M@

Guy B. Munsch II
Pro-se 1762002.

Court of Criminal Appeals
Courts Clerk: Abel Acosta
  Po. Box. 12308
  Austin TX. 78711-2308                Date: 2.3.15.

RE: Cover Page.
Cause: 62.12.00028
TR. No.CR11798

Dear Clerk. Abel Acosta,

Please find enclosed Appealent Notice. I ask this clerk to file mark cover Page? Notice and return it to Appealent in stamped Envelope inside. Return to Sender.

Sincerely,

Guy B. Munsch
Pro-Se. 1762002.
2.3.15.

File mask ◁

COURT OF CriMiNal APPeals
ClERK: Abel Acosta
P.O. Box 12308
Austin TX. 78711-2308

Date: 2-3-15

Re: Take Notice of Cause NO: 02-13-0002-CR

Dear Abel Acosta,

MY NAME is Guy B. Munsch II TDC# 1762002, case# 02-12-0002-CR.
I'm in need of this court to take Notice of Ineffective Assistance
of Counsel by Appeal attorney Mr. Richard Hattox.
ON 1-26-15 I was in reseat of a Critified letter from Mr. Hattox.
5 months after case had been Affirmed on 8-21-14. Mr. Hattox
wrote and told the 2nd court of Appeals. He was Sending
Notice to ME acording to TX. R. APP. P. 48.4 by Sending copys
of the 2nd court of Appeals Mandate to ME, by Certified mail
#7014 1200 0002 2330 5026. This Rule also states said attorney
is to advise myself of Right to file P.D.R. under Rule 68.
Mr Hattox has Not done this todate! If this Clerk Looks in the
Record ON 8-4-14 I wrote Pro-se Letter Received on 8-19-14 toware
Toware 2nd count of APPeal Clerk told me case had been Affirmed
ON 8-21-14. IN Receiving that letter on 8-25-14. I wrote a Notice of
PDR. And sent it to the wrong court. had I been told rightly under
Rule TX. R. APP. P. 48.4 This would Not of happen. All of this Should be in
the file. I ask this court to take Notice of this. If I Need it Later
It's in the file.

Thank You.

G7 B Munsch II
Guy B. Munsch II
Pro-se. 1762002